Attorneys for Plaintiff(s), Gene Naylor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Index No.: 06-0822 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Toni Skinner, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Gene Naylor, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 7/31, 2009    By: _____
　　　　　　　　　　　　　Michael A. London
　　　　　　　　　　　　　Douglas & London, P.C.
　　　　　　　　　　　　　111 John Street, Suite 1400
　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　Telephone: (212) 566-7500
　　　　　　　　　　　　　Facsimile: (212) 566-7501
　　　　　　　　　　　　　Attorneys for Plaintiff(s), Gene Naylor

DATED: Oct. 21, 2009    By: _____
　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　Telephone: (212) 335-4500
　　　　　　　　　　　　　Facsimile: (212) 335-4501
　　　　　　　　　　　　　Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2 8, 2009    _____
　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　United States District Court

-1-