Attorneys for Plaintiff(s), Ernest Bales

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

)
)
)
)
)

**Index No.: 06-0822 CRB**

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

Toni Skinner, et al.,

Plaintiffs,

vs.

Pfizer, Inc., et al.

Defendants.

)
)
)
)
)
)
)
)
)
)
)

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

Come now the Plaintiff(s), Ernest Bales, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

fees and costs.

DATED:  /  /  , 2009          By:
                                        Michael A. London
                                        Douglas & London, P.C.
                                        111 John Street, Suite 1400
                                        New York, NY  10038
                                        Telephone:  (212) 566-7500
                                        Facsimile:  (212) 566-7501
                                        Attorneys for Plaintiff(s), Ernest Bales

DATED: Oct. 21 , 2009          By:
                                        DLA PIPER LLP (US)
                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        Telephone:  (212) 335-4500
                                        Facsimile:  (212) 335-4501
                                        Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
**IT IS SO ORDERED.**

DATED: _Oct 28_, 2009
                                        Hon. Charles R. Breyer
                                        United States District Court

-1-