Attorneys for Plaintiff(s), John Frank

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Index No.: 06-0822 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Toni Skinner, et al., <br><br>           Plaintiffs, <br><br>     vs. <br><br> Pfizer, Inc., et al. <br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), John Frank, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: /3/, 2009          By: _____
                                Michael A. London
                                Douglas & London, P.C.
                                111 John Street, Suite 1400
                                New York, NY 10038
                                Telephone: (212) 566-7500
                                Facsimile: (212) 566-7501
                                Attorneys for Plaintiff(s), John Frank

DATED: Oct. 21, 2009      By: _____
                                DLA PIPER LLP (US)
                                1251 Avenue of the Americas
                                New York, NY 10020
                                Telephone: (212) 335-4500
                                Facsimile: (212) 335-4501
                                Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2 8, 2009      _____
                                Hon. Charles R. Breyer
                                United States District Court

-1-