Attorneys for Plaintiff(s), Pauline Giddings

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 06-0822 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Toni Skinner, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Pauline Giddings, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 7/31, 2009        By: _____
                         Michael A. London
                         Douglas & London, P.C.
                         111 John Street, Suite 1400
                         New York, NY 10038
                         Telephone: (212) 566-7500
                         Facsimile: (212) 566-7501
                         Attorneys for Plaintiff(s), Pauline Giddings

DATED: Oct. 21, 2009     By: _____
                         DLA PIPER LLP (US)
                         1251 Avenue of the Americas
                         New York, NY 10020
                         Telephone: (212) 335-4500
                         Facsimile: (212) 335-4501
                         Defendants' Liaison Counsel

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: OCT 2 8, 2009     _____
                         Hon. Charles R. Breyer
                         United States District Court

-1-